UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 23-cr-156 (SRN/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Desean James Solomon *et al.*, | |
| Defendants. | |

    This matter comes before the Court on Defendant Jamaal Rasheed Rice's Motion to Extend Time to File Defendant's Motions, ECF No. 164.

    Collectively, this case involves multiple counts based on a series of alleged violent crimes and narcotics offenses stemming from alleged membership and association with an alleged criminal organization described as the "Minneapolis Bloods Enterprise." ECF No. 28 at 1; *see generally* ECF No. 22 (redacted Indictment). The charges include one count of racketeering conspiracy in violation of 18 U.S.C. § 1962(d); two counts of using and carrying a firearm in furtherance of a crime of violence resulting in death in violation of 18 U.S.C. §§ 2 and 924(j); one count of conspiracy to distribute controlled substances in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846; one count of possession with intent to distribute controlled substances in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); and one count of possession of a firearm in furtherance of drug trafficking in violation of 18 U.S.C. § 924(c)(1)(A)(i). *See generally* ECF No. 22. "Given the large volume of discovery and the nature of prosecution," the Court previously found "that this

case is so complex that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the time limits set forth in the Speedy Trial Act" and designated it as complex under 18 U.S.C. § 3161(h)(7)(B)(ii). ECF No. 57 at 6.

Defendant Rice was the last defendant to appear in this matter and was arraigned on September 28, 2023. *See generally* ECF No. 138. Defendant Rice seeks an approximate three-week extension of his October 19, 2023 deadline to file pretrial motions, up to and including November 13, 2023. Defendant Rice additionally proposes that the Government's deadline to respond be extended to November 27, 2023. Defendant Rice states that the Government has no objection to the requested extension and modification of these deadlines will not affect the motions hearing currently set for December 14, 2023. Defendants Desean James Solomon, Leontawan Lentez Holt, Michael Allen Burrell, and Andrew Calvin Noble have not objected to Defendant Rice's request.

Bearing in mind the complexity of this case and the voluminous discovery; the continued detention of Defendants; Defendant Solomon's assertion of his right to a speedy trial; and the absence of any objection by Defendants to the requested extension, the Court finds that the ends of justice served by this extension outweigh the best interests of the public and Defendants in a speedy trial and such schedule is necessary to provide the parties and their counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources, taking into account the exercise of due diligence. **The Court will extend the deadline for all Defendants to file pretrial**

**motions to November 13, 2023**.[1] The Court will also extend the Government's deadline to respond globally to all[2] pretrial motions filed by Defendants in this matter to November 29, 2023, to account for the Thanksgiving holiday.

Accordingly, **IT IS HEREBY ORDERED** that:

1.  Defendant Rice's Motion to Extend Time to File Defendant's Motions, ECF No. 164, is **GRANTED IN PART** and **DENIED IN PART** as set forth above.

2.  The period of time from **the date of this Order through November 13, 2023**, shall be excluded from Speedy Trial Act computations in this case. *See United States v. Mallett*, 751 F.3d 907, 911 (8th Cir. 2014) ("Exclusions of time attributable to one defendant apply to all codefendants." (quotation omitted)); *United States v. Arrellano-Garcia*, 471 F.3d 897, 900 (8th Cir. 2006) (same).

3.  All motions in the above-entitled case must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **November 13, 2023**. *See* D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses must be delivered directly to the chambers of Magistrate Judge Tony N. Leung.

4.  **Counsel must electronically file a letter on or before November 13, 2023, if no motions will be filed and there is no need for hearing**.

---

[1] The Court notes that the deadline for Defendant Holt to file pretrial motions or a letter stating no such motions would be filed was October 16, 2023. *See generally* ECF Nos. 130, 132. By e-mail correspondence dated October 19, 2023, the Court inquired whether Defendant Holt intended to file pretrial motions in this matter. On October 20, 2023, Defendant Holt filed a number of pretrial motions. *See generally* ECF Nos. 165, 166, 167, 168, 169, 170.
[2] With the exception of those motions the Court previously ordered the Government to respond to by November 3, 2023. *See generally* ECF No. 172.

3

5. With the exception of those motions the Court previously ordered the Government to respond to by November 3, 2023, *see generally* ECF No. 172, all responses to motions must be filed by **November 29, 2023**. *See* D. Minn. LR 12.1(c)(2).

6. Any Notice of Intent to Call Witnesses must be filed by **November 29, 2023**. *See* D. Minn. LR. 12.1(c)(3)(A).

7. Any Responsive Notice of Intent to Call Witnesses must be filed by **December 6, 2023**. *See* D. Minn. LR 12.1(c)(3)(B).

8. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

   a. The Government makes timely disclosures and a defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

   b. Oral argument is requested by either party in its motion, objection or response pleadings.

9. If required, the motions hearing **REMAINS SET** before Magistrate Judge Tony N. Leung on **December 14, 2023 at 10:00 a.m.**, in Courtroom 9W, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota. *See* D. Minn. LR 12.1(d).

10. **TRIAL: The trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Susan Richard Nelson to confirm the new trial date.**

11. **Should a party request modification of this schedule, any response to such a request shall be filed within three days.**

12. Failure to comply with any provision of this Order or any other prior consistent Order shall subject the non-complying party, non-complying counsel and/or the party such counsel represents to any and all appropriate remedies, sanctions and the like.

Date: October  24 , 2023

                        *s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*United States v. Solomon et al.*
Case No. 23-cr-156 (SRN/TNL)

5